# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MICHAEL THOMAS McCLURE, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> Acting Commissioner of Social Security ) <br> Defendant. ) | CIVIL ACTION NUMBER: <br> 2:16-cv-10109-RHC-RSW |

## **ORDER**

The Court, having read the Affirmation and supporting Memorandum dated the 6th day of April, 2017, from the attorneys for Plaintiff in the above-captioned case, for an award of Equal Access to Justice Act fees in accordance with 28 U.S.C. § 2412,

**IT IS ORDERED** that the motion for Equal Access to Justice fees be granted and that Plaintiff be awarded $5,766.56 pursuant to 20 U.S.C. § 2412. In addition, Plaintiff's counsel is entitled to reimbursement of costs for the District Court filing fee of $400.00 payable from the judgment fund pursuant to 31 U.S.C. § 1304.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: June 27, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 27, 2017, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522